**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 06 SEP -7 AM 8:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06CR 1242-DMS |
| Plaintiff, ) | |
| ) | **ORDER AUTHORIZING FUNDS FOR DISCOVERABLE MATERIALS** |
| vs. ) | [18 USC § 3006A (e)] |
| ANGELA ESPARZA, ) | |
| Defendant. ) | |

Based Upon Defendants Exparte Application, **AND GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the application for discovery funds be granted and that Copy Connection provide the necessary reproduction of the materials provided to them by the U.S. Attorney to Attorney Francisco J. Sanchez, Jr. and that Copy Connection submit their billings on the on the appropriate CJA forms for payment directly to the United States District Court for payment.

A conformed copy of this order shall be sent to defense counsel, Francisco J. Sanchez, Jr., Copy Connection, and the financial office.

Dated: 9-6-06

HON. DANA M. SABRAW
United States District Court Judge